1  Michael C. Cohen (CSB # 65487)
   Marguerite M. Malloy (CSB #197347)
2  LAW OFFICES OF MICHAEL C. COHEN
   1814 Franklin Street, Suite 900
3  Oakland, CA 94612
   Telephone: (510) 832-6436
4  Facsimile: (510) 833-6439

5

   Attorneys for Plaintiff SHIRLEY MONTGOMERY
6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 | SHIRLEY MONTGOMERY,          | Case No.: C05-03357 MJJ
12 |         Plaintiff,            |
13 |                               |
14 |    v.                         | [PROPOSED] ORDER RELIEVING
   |                               | COUNSEL OF RECORD
15 | SBC, aka SOUTHWESTERN BELL   |
16 | COMPANIES, aka, SBC/PACIFIC BELL, aka, |
   | PACIFIC BELL, aka SBC SERVICES, INC.,  |
17 | and DOES 1 to 10,             |
   |         Defendants.           |
18

*E-filing*

**FILED**
DEC 0 9 2005
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORDER

1  WHEREAS, Plaintiff Shirley Montgomery has consented to the withdrawal of her
2  counsel of record, the Law Office of Michael C. Cohen; and
3  WHEREAS, Plaintiff Shirley Montgomery has requested to continue in this matter in Pro
4  Per, representing herself, and as her own attorney of record,
5  Plaintiff Shirley Montgomery is hereby her own attorney of record, and this matter shall
6  continue in Pro Per.
7  IT IS SO ORDERED:

Dated: 12/9/05
U.S. DISTRICT COURT JUDGE

-1-
ORDER